433 A.2d 529

Commonwealth v. Jones, Appellant.

Submitted March 6, 1980. E. Franklin Martin, for appellant; John F. Nelson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONT-GOMERY, JJ.

Judgment of sentence affirmed.

433 A.2d 529

Commonwealth v. King, Appellant.

Submitted March 21, 1980. Dante Mattioni, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Order affirmed.